UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COURTHOUSE NEWS SERVICE,

Plaintiff,

v.

GREG G. ALLEN, et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:26-CV-4837-SCJ

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 27th day of August, 2026.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE