**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>Plaintiff,<br>v.<br><br>GREG G. ALLEN, in his official capacity as Clerk of the Forsyth County Superior and State Courts; PATTY BAKER, in her official capacity as Clerk of the Cherokee County Superior and State Courts; DANIELLE F. FORTÉ, in her official capacity as Clerk of the Muscogee County Superior and State Courts; SABRIYA HILL, in her official capacity as Clerk of the Henry County Superior Court; MARK PETTITT, in his official capacity as the Clerk of the Hall County Superior and State Courts: TAHNICIA PHILLIPS, in her official capacity as Clerk of the Cobb County State Court; LYNNE M. POLICARO, in her official capacity as Clerk of the Henry County State Court; ANNETTA DANLEY STEMBRIDGE, in her official capacity as Clerk of the Douglas County Superior and State Courts; HATTIE SULLIVAN, in her official capacity as Clerk of the Richmond County Superior and State Courts; and CHERISE WESLEY-ORNELAS, in her official capacity as Interim Clerk of the Cobb County Superior Court,<br><br>Defendants. | ) | CIVIL ACTION FILE<br><br>NO. 1:26-cv-04837 |

**<u>CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWER AND/OR OTHERWISE FILE A RESPONSE TO PLAINTIFF'S COMPLAINT</u>**

COME NOW, Defendants, GREG G. ALLEN, in his official capacity as Clerk of the Forsyth County Superior and State Courts ("Allen"), PATTY BAKER, in her official capacity as Clerk of the Cherokee County Superior and State Courts ("Baker"), DANIELLE F. FORTÉ, in her official capacity as Clerk of the Muscogee County Superior and State Courts ("Forté"), SABRIYA HILL, in her official capacity as Clerk of the Henry County Superior Court ("Hill"), MARK PETTITT, in his official capacity as the Clerk of the Hall County Superior and State Courts ("Pettitt"), TAHNICIA PHILLIPS, in her official capacity as Clerk of the Cobb County State Court ("Phillips"), LYNNE M. POLICARO, in her official capacity as Clerk of the Henry County State Court ("Policaro"), ANNETTA DANLEY STEMBRIDGE, in her official capacity as Clerk of the Douglas County Superior and State Courts ("Stembridge"), HATTIE SULLIVAN, in her official capacity as Clerk of the Richmond County Superior and State Courts ("Sullivan"), and CHERISE WESLEY-ORNELAS, in her official capacity as Interim Clerk of the Cobb County Superior Court ("Wesley-Ornelas") (collectively referred to as "Defendants") (collectively, Plaintiff and Defendants are referred to as the "Parties"), by and through their undersigned counsel and with the consent of Plaintiff, by and through its undersigned counsel, jointly file this Consent Motion For Extension of Time For Defendants to File Answer and/or Otherwise File a Response to Plaintiff's Complaint, showing the Court as follows:

Plaintiff filed its Complaint in this Court on August 25, 2026. (Doc. 1). The Parties have moved and asserted that the Parties continue to discuss possible resolution of the above-captioned matter and that it is in the best interest of the Parties, and in the interest of judicial economy, that no further service on Defendants is required, that any and all service defenses have been waived, and that Plaintiff, through the undersigned counsel of record, consents to an extension up to and including Friday, October 30, 2026, for Defendants to file an Answer and/or otherwise file a response to Plaintiff's Complaint.

WHEREFORE, Defendants, with the consent of Plaintiff, respectfully request that the Court grant this consent motion. A proposed Order is contemporaneously provided.

Respectfully submitted, this 23rd day of September 2026.

Prepared and presented by:

**JARRARD & DAVIS, LLP**

*/s/ Ken E. Jarrard*
Ken E. Jarrard
Georgia Bar No. 389550
*Attorney for Defendant Greg G. Allen*
222 Webb Street
Cumming, GA 30040
(678) 455-7150 – telephone
kjarrard@jarrard-davis.com

Consented to by:

**CANFIELD LAW, LLC**

*/s/ Peter C. Canfield**
Peter C. Canfield
Georgia Bar No. 107748
*Attorney for Plaintiff Courthouse News Service*
34 Inman Circle NE
Atlanta, GA 30309
(678) 296-5413 – telephone
pccanfield@gmail.com

**JARRARD & DAVIS, LLP**

*/s/ Angela E. Davis**
Angela E. Davis
Georgia Bar No. 240126
*Attorney for Defendant Patty Baker*
222 Webb Street
Cumming, GA 30040
(678) 455-7150 – telephone
adavis@jarrard-davis.com

**JARRARD & DAVIS, LLP**

*/s/ Patrick D. Jaugstetter**
Patrick D. Jaugstetter
Georgia Bar No. 389680
*Attorney for Defendant Danielle F. Forte*
222 Webb Street
Cumming, GA 30040
(678) 455-7150 – telephone
patrickj@jarrard-davis.com

**HENRY COUNTY ATTORNEY'S OFFICE**

*/s/ Rachel Mack**
Rachel Mack
Georgia Bar No. 104990
*Attorney for Defendants Sabriya Hill and Lynne M. Policaro*
140 Henry Parkway
McDonough, GA 30253
(770) 288-6084 – telephone
rmack@co.henry.ga.us

**COBB COUNTY ATTORNEY'S OFFICE**

*/s/ Debra L. Blair**
Debra L. Blair
Georgia Bar No. 361728
Laura J. Murphree
Georgia Bar No. 408501
*Attorneys for Defendants Tahnicia Phillips and Cherise Wesley-Ornealas*
100 Cherokee Street, Suite 350
Marietta, GA 30090
(770) 528-4009 – telephone
Debra.blair@cobbcounty.gov
Laura.Murphree@cobbcounty.gov

**STEWART MELVIN & FROST, LLP**

*/s/ Eric P. Wilborn**
Eric P. Wilborn
Georgia Bar No. 563028
*Attorney for Defendant Mark Pettitt*
200 Main Street, Suite 600
P.O. Box 3280
Gainesville, GA 30503
(770) 536-0101 – telephone
ewilborn@smf-law.com

**L F BARNES LAW, LLC**

*/s/ L'Erin Wiggins**
L'Erin Wiggins
Georgia Bar No. 141797
*Attorney for Defendant Annetta Danley Stembridge*
P.O. Box 250464
Atlanta, GA 30325
(404) 680-6498 – telephone
lerin@lfbarneslaw.com

**HAROLD V. JONES LAW OFFICE, LLC**

*/s/ Harold Jones II**
Harold Jones II
Georgia Bar No. 400610
*Attorney for Defendant Hattie Sullivan*
437 Walker Street
Augusta, GA 30901
(706) 339-1424 – telephone
hardoldjoneslawoffice@gmail.com

**signed with express permission*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE ANSWER AND/OR OTHERWISE FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** in the above-styled action with the Clerk of Court by using the Court's CM/ECF system, which will automatically send notice of same to the attorneys of record:

**CANFIELD LAW, LLC**
Peter C. Canfield
34 Inman Circle NE
Atlanta, GA 30309
pccanfield@gmail.com
*Attorney for Plaintiff Courthouse News Service*

**JARRARD & DAVIS, LLP**
Angela E. Davis
222 Webb Street
Cumming, GA 30040
(678) 455-7150 – telephone
adavis@jarrard-davis.com
*Attorney for Defendant Patty Baker*

**JARRARD & DAVIS, LLP**
Patrick D. Jaugstetter
222 Webb Street
Cumming, GA 30040
(678) 455-7150 – telephone
patrickj@jarrard-davis.com
*Attorney for Defendant Danielle F. Forte*

**HENRY COUNTY ATTORNEY'S OFFICE**
Rachel Mack
140 Henry Parkway

McDonough, GA 30253
(770) 288-6084 – telephone
rmack@co.henry.ga.us
*Attorney for Defendants Sabriya Hill and Lynne M. Policaro*

**COBB COUNTY ATTORNEY'S OFFICE**
Debra L. Blair
Laura Murphree
100 Cherokee Street, Suite 350
Marietta, GA 30090
(770) 528-4009 – telephone
Debra.blair@cobbcounty.gov
Laura.Murphree@cobbcounty.gov
*Attorneys for Defendants Tahnicia Phillips and Cherise Wesley-Ornealas*

**STEWART MELVIN & FROST, LLP**
Eric P. Wilborn
200 Main Street, Suite 600
P.O. Box 3280
Gainesville, GA 30503
(770) 536-0101 – telephone
ewilborn@smf-law.com
*Attorney for Defendant Mark Pettitt*

**L F BARNES LAW, LLC**
L'Erin Wiggins
P.O. Box 250464
Atlanta, GA 30325
(404) 680-6498 – telephone
lerin@lfbarneslaw.com
*Attorney for Defendant Annetta Danley Stembridge*

**HAROLD V. JONES LAW OFFICE, LLC**
Harold Jones II
437 Walker Street
Augusta, GA 30901
(706) 339-1424 – telephone
hardoldjoneslawoffice@gmail.com
*Attorney for Defendant Hattie Sullivan*

I further certify that the within and foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 23rd day of September 2026.

**JARRARD & DAVIS, LLP**

*/s/ Ken E. Jarrard*

Ken E. Jarrard
Georgia Bar No. 389550

*Attorney for Defendant Greg G. Allen*

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 — telephone
(678) 455-7149 — facsimile
kjarrard@jarrard-davis.com