IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COURTHOUSE NEWS SERVICE,

Plaintiff,

v.

GREG G. ALLEN, in his official capacity as Clerk of the Forsyth County Superior and State Courts; PATTY BAKER, in her official capacity as Clerk of the Cherokee County Superior and State Courts; DANIELLE F. FORTÉ, in her official capacity as Clerk of the Muscogee County Superior and State Courts; SABRIYA HILL, in her official capacity as Clerk of the Henry County Superior Court; MARK PETTITT, in his official capacity as the Clerk of the Hall County Superior and State Courts; TAHNICIA PHILLIPS, in her official capacity as Clerk of the Cobb County State Court; LYNNE M. POLICARO, in her official capacity as Clerk of the Henry County State Court; ANNETTA DANLEY STEMBRIDGE, in her official capacity as Clerk of the Douglas County Superior and State Courts; HATTIE SULLIVAN, in her official capacity as Clerk of the Richmond County Superior and State Courts; and CHERISE WESLEY-ORNELAS, in her official capacity as Interim Clerk of the Cobb County Superior Court,

CIVIL ACTION NO.:
1:26-cv-04837-MLB

Defendants.
_______________________________________/

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TAHNICIA PHILLIPS AND CHERISE WESLEY-ORNELAS <u>TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT</u>**

COME NOW, Plaintiff Courthouse News Service ("CNS") and Defendants, TAHNICIA PHILLIPS, in her official capacity as Clerk of the Cobb County State Court ("Clerk Phillips"), and CHERISE WESLEY-ORNELAS, in her official capacity as Chief Deputy Clerk of the Cobb County Superior Court ("Clerk Wesley-Ornelas")[1] (collectively, the "Parties"), by and through their undersigned counsel, file this joint motion for an extension of time for Clerk Phillips and Clerk Wesley-Ornelas to respond to CNS' Complaint up through January 31, 2027, and in support of this requested relief state as follows:

A response to CNS' Complaint is currently due for all defendants in this action no later than October 30, 2026 (*see* ECF No. 15, Consent Order Extending Time Within Which Defendants May Answer And/Or Otherwise Respond To Plaintiff's Complaint). Counsel for CNS and counsel for Clerk Phillips and Clerk Wesley-Ornelas have conferred over the relief CNS seeks in this lawsuit from them, that is, remote access to non-confidential, e-filed, civil complaints before any clerk "processing" occurs. Clerk Phillips and Clerk Wesley-Ornelas have expressed that they are generally agreeable to providing that relief. In furtherance of that, each has been in contact with their applicable e-filing software vendors, GreenCourt Legal Technologies, LLC (the provider of "PeachCourt" e-filing software for Cobb County

[1] Clerk Wesley-Ornelas was named in the Complaint as the "Interim Clerk" for Cobb County Superior Court. Her official title is Chief Deputy Clerk, and she is currently acting in her official capacity as Clerk.

State and Superior Courts) and Tyler Technologies, Inc. (an additional provider of e-filing software for Cobb County Superior Court).

Based on those discussions, Clerk Phillips and Clerk Wesley-Ornelas estimate that development, implementation, and testing of the computer programming required to provide the remote access requested may take up to three (3) months. Additionally, Clerk Phillips and Clerk Wesley-Ornelas anticipate the need to obtain certain internal administrative approvals to update their e-filing systems accordingly. In light of this, the Parties jointly request that this Court enter an Order extending the time Clerk Phillips and Clerk Wesley-Ornelas have to respond to CNS' Complaint through January 31, 2027.

If the remote access CNS seeks is ultimately implemented in Cobb County State and Superior Courts within three (3) months CNS will have no need to further litigate the access claims made against Clerk Phillips and Clerk Ornelas-Wesley (Counts Six and Ten in the Complaint). The Clerks' general planning and steps to provide the relief CNS requests is in its relative early stages and the Parties believe extending the time to respond to the Complaint until January 31, 2027, will provide the time needed for implementation and final resolution.

WHEREFORE, the Parties respectfully request that the Court grant this joint

motion. A proposed Order is submitted herewith.

Dated: October 29, 2026

Respectfully submitted,

**CANFIELD LAW LLC**

/s/ *Peter C. Canfield*
Peter C. Canfield
Georgia Bar No. 107748
34 Inman Circle NE
Atlanta, GA 30309
Telephone: 678-296-5413
pccanfield@gmail.com

-and-

**THOMAS & LOCICERO PL**

/s/ *Mark R. Caramanica*
Carol Jean LoCicero (*pro hac vice*)
Florida Bar No. 603030
Mark R. Caramanica (*pro hac vice*)
Florida Bar No. 110581
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
clocicero@tlolawfirm.com
mcaramanica@tlolawfirm.com
jvanderhorst@tlolawfirm.com

Daniela Abratt-Cohen (*pro hac vice*)
Florida Bar No. 118053
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3418
dacohen@tlolawfirm.com

*Attorneys for Courthouse News Service*

/s/ *Debra L. Blair*
Debra L. Blair
Laura Murphree
101 Cherokee Street, Suite 350
Marietta, GA 30090
Telephone: (770) 528-4009
Debra.blair@cobbcounty.gov
Laura.murphree@cobbcounty.gov

*Attorneys for Clerk Tahnicia Phillips and Clerk Cherise Wesley-Ornelas*

**CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of October, 2026, the undersigned has caused the foregoing to be electronically filed using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system, and via email to:

**JARRARD & DAVIS, LLP**

Ken E. Jarrard
Georgia Bar No. 389550
Angela E. Davis
Georgia Bar No. 240126
Patrick D. Jaugstetter
Georgia Bar No. 389680
*Attorney for Defendant Greg G. Allen*
222 Webb Street
Cumming, GA 30040
kjarrard@jarrard-davis.com
adavis@jarrard-davis.com
patrickj@jarrard-davis.com

**HENRY COUNTY ATTORNEY'S OFFICE**

Rachel Mack
Georgia Bar No. 104990
*Attorney for Defendants Sabriya Hill and Lynne M. Policaro*
140 Henry Parkway
McDonough, GA 30253
rmack@co.henry.ga.us

**COBB COUNTY ATTORNEY'S OFFICE**

Debra L. Blair
Georgia Bar No. 361728
Laura J. Murphree
Georgia Bar No. 408501
*Attorneys for Defendants Tahnicia Phillips and Cherise Wesley-Ornealas*
100 Cherokee Street, Suite 350
Marietta, GA 30090
Debra.blair@cobbcounty.gov
Laura.Murphree@cobbcounty.gov

**STEWART MELVIN & FROST, LLP**

Eric P. Wilborn
Georgia Bar No. 563028
*Attorney for Defendant Mark Pettitt*
200 Main Street, Suite 600
P.O. Box 3280
Gainesville, GA 30503
ewilborn@smf-law.com

**L F BARNES LAW, LLC**

L'Erin Wiggins
Georgia Bar No. 141797
*Attorney for Defendant Annetta Danley Stembridge*
P.O. Box 250464
Atlanta, GA 30325
lerin@lfbarneslaw.com

**HAROLD V. JONES LAW OFFICE, LLC**

Harold Jones II
Georgia Bar No. 400610
*Attorney for Defendant Hattie Sullivan*
437 Walker Street
hardoldjoneslawoffice@gmail.com

/s/ *Mark R. Caramanica*
Attorney