IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COURTHOUSE NEWS SERVICE,

Plaintiff,

v.

GREG G. ALLEN, in his official capacity as Clerk of the Forsyth County Superior and State Courts; PATTY BAKER, in her official capacity as Clerk of the Cherokee County Superior and State Courts; DANIELLE F. FORTÉ, in her official capacity as Clerk of the Muscogee County Superior and State Courts; SABRIYA HILL, in her official capacity as Clerk of the Henry County Superior Court; MARK PETTITT, in his official capacity as the Clerk of the Hall County Superior and State Courts; TAHNICIA PHILLIPS, in her official capacity as Clerk of the Cobb County State Court; LYNNE M. POLICARO, in her official capacity as Clerk of the Henry County State Court; ANNETTA DANLEY STEMBRIDGE, in her official capacity as Clerk of the Douglas County Superior and State Courts; HATTIE SULLIVAN, in her official capacity as Clerk of the Richmond County Superior and State Courts; and CHERISE WESLEY-ORNELAS, in her official capacity as Interim Clerk of the Cobb County Superior Court,

Defendants.

CIVIL ACTION NO.: 1:26-cv-04837-MLB

______________________________________/

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MARK PETTITT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

COME NOW, Plaintiff Courthouse News Service ("CNS") and Defendant MARK PETTITT, in his official capacity as Clerk of the Hall County Superior and State Courts ("Clerk Pettitt") (collectively, the "Parties"), by and through their undersigned counsel, and file this joint motion for an extension of time for Clerk Pettitt to respond to CNS' Complaint up through January 31, 2027. In support of this joint motion, the Parties state:

A response to CNS' Complaint is currently due for all defendants in this action no later than October 30, 2026 (*see* ECF No. 15, Consent Order Extending Time Within Which Defendants May Answer And/Or Otherwise Respond To Plaintiff's Complaint). Counsel for CNS and counsel for Clerk Pettitt have conferred over the relief CNS seeks in this lawsuit from his office, that is, remote access to non-confidential, e-filed, civil complaints before any clerk "processing" occurs. Clerk Pettitt has expressed that he is agreeable to providing that relief. In furtherance of that, his office has been in contact with its current e-filing software vendor, GreenCourt Legal Technologies, LLC (the provider of "PeachCourt" e-filing software) and Tyler Technologies, Inc. (which will also be providing e-filing software for Hall County Superior and State Courts beginning in January of 2027).

Based on those discussions, Clerk Pettitt estimates that development, implementation, and testing of the computer programming required to provide the remote access requested may take up to three (3) months. Additionally, Clerk Pettitt

anticipates the need to obtain certain budget approvals to update his office's e-filing systems accordingly. In light of this, the Parties jointly request that this Court enter an Order extending the time Clerk Pettitt has to respond to CNS' Complaint through January 31, 2027.

If the remote access CNS seeks is ultimately implemented in Hall County Superior and State Courts within three (3) months CNS will have no need to further litigate the access claims made against Clerk Pettitt (Count Five in the Complaint). Clerk Pettitt's general planning and steps to provide the relief CNS requests is in its relative early stages and the Parties believe extending the time to respond to the Complaint until January 31, 2027, will provide the time needed for implementation and final resolution.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion. A proposed Order is submitted herewith.

Dated: October 30, 2026

Respectfully submitted,

**CANFIELD LAW LLC**

/s/ *Peter C. Canfield*
Peter C. Canfield
Georgia Bar No. 107748
34 Inman Circle NE
Atlanta, GA 30309
Telephone: 678-296-5413
pccanfield@gmail.com

-and-

**THOMAS & LOCICERO PL**

/s/ *Mark R. Caramanica*
Carol Jean LoCicero (*pro hac vice*)
Florida Bar No. 603030
Mark R. Caramanica (*pro hac vice*)
Florida Bar No. 110581
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
clocicero@tlolawfirm.com
mcaramanica@tlolawfirm.com
jvanderhorst@tlolawfirm.com

Daniela Abratt-Cohen (*pro hac vice*)
Florida Bar No. 118053
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3418
dacohen@tlolawfirm.com

*Attorneys for Courthouse News Service*

**STEWART MELVIN & FROST, LLP**

/s/ *Eric P. Wilborn*
Eric P. Wilborn
Georgia Bar No. 563028
200 Main Street, Suite 600
P.O. Box 3280
Gainesville, GA 30503
ewilborn@smf-law.com

*Attorneys for Mark Pettitt*

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of October, 2026, the undersigned has caused the foregoing to be electronically filed using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system, and via email to:

**JARRARD & DAVIS, LLP**

Ken E. Jarrard
Georgia Bar No. 389550
Angela E. Davis
Georgia Bar No. 240126
Patrick D. Jaugstetter
Georgia Bar No. 389680
222 Webb Street
Cumming, GA 30040
kjarrard@jarrard-davis.com
adavis@jarrard-davis.com
patrickj@jarrard-davis.com

*Attorneys for Defendant Greg G. Allen*

**HENRY COUNTY ATTORNEY'S OFFICE**

Rachel Mack
Georgia Bar No. 104990
140 Henry Parkway
McDonough, GA 30253
rmack@co.henry.ga.us

*Attorneys for Defendants Sabriya Hill and Lynne M. Policaro*

**COBB COUNTY ATTORNEY'S OFFICE**

Debra L. Blair
Georgia Bar No. 361728
Laura J. Murphree
Georgia Bar No. 408501

100 Cherokee Street, Suite 350
Marietta, GA 30090
Debra.blair@cobbcounty.gov
Laura.Murphree@cobbcounty.gov

*Attorneys for Defendants Tahnicia Phillips and Cherise Wesley-Ornelas*

**L F BARNES LAW, LLC**

L'Erin Wiggins
Georgia Bar No. 141797
P.O. Box 250464
Atlanta, GA 30325
lerin@lfbarneslaw.com

*Attorneys for Defendant Annetta Danley Stembridge*

**HAROLD V. JONES LAW OFFICE, LLC**

Harold Jones II
Georgia Bar No. 400610
437 Walker Street
haroldjoneslawoffice@gmail.com

*Attorneys for Defendant Hattie Sullivan*

/s/ *Mark R. Caramanica*
Attorney